

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2007

ANDREW M. CUOMO
Attorney General

(212) 416-6295

LESLIE G. LEACH
Deputy Attorney General
State Counsel Division

JUNE DUFFY
Assistant Attorney General in Charge,
Litigation Bureau

August 3, 2007

BY FACSIMILE
Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 620
New York, New York 10007

Re: Laurie Kellogg v. NYS Dept. of Correctional Services, et al. /07 Cv. 2804 (BSJ)(GWG)

Dear Judge Jones:

    I represent defendants Armstrong, Ball, Barclay, Duncan, Goldstein, Fisher (substituted for defendant Goord), Nuttal (substituted for defendant Headley), LeClaire, Lord, Raymond (substituted for defendant Masterson), McElroy, Notaro, Perez, Roger, Schneider, Smith and Wright. I write to respectfully request a two day extension by which defendants must file their motion to dismiss the complaint as well as an extension of the page limit for defendants' memorandum of law in support of their motion.

    Defendants respectfully request a two day extension, from August 8, 2007 to August 10, 2007, by which defendants must file their motion to dismiss the complaint, pursuant to 12(b)(1) and (6) of the Federal Rules of Civil Procedure. On June 6, 2007, when I submitted my initial request for an extension of time by which to answer or move with respect to the complaint, I was not aware that I would be involved in a hearing before the Honorable Lisa M. Smith on August 8, 2007 in the matter of Warmus v. DOCS, 04 Civ. 8269 (SCR) (LMS) which would require me to be out of the office on August 6th and 7th preparing witnesses for the hearing.

    In addition, due to the number of defendants and claims raised in the complaint, defendants respectfully request permission to submit a motion to dismiss limited to 40 pages. Plaintiff's counsel has been contacted and has consented to the request for an extension of the page limit. At the time I spoke to plaintiff, I was not aware that my hearing would require me to be out of the office on August 6th and 7th and therefore, I did not seek his consent for the two day extension of time to file defendants' motion. I attempted to contact counsel today but was only able to leave a message. In order not to delay the submission of this request, I am submitting it without the consent of counsel.

Honorable Barbara S. Jones                                                                 2
Kellogg v. NYS Dept. of Correctional Services, et al. / 07 Civ. 2804 (BSJ)(GWG)

     Wherefore, it is respectfully requested that defendants be granted an extension of time, until August 10, 2007, to file their motion to dismiss the complaint as well as permission to file a memorandum of law in support of their motion to dismiss, not to exceed 40 pages.

Respectfully submitted,

*[signature]*

MARIA BAROUS HARTOFILIS
Assistant Attorney General

cc:    Anthony M. Giordano, P.C.
       Plaintiff's counsel
       *By facsimile*

Application GRANTED

SO ORDERED
Dated:

*[signature]*
BARBARA S. JONES
U.S.D.J.

8/6/07