Anthony M. Giordano, Esq.
Counselor at Law
100 Executive Blvd. Suite 205
Ossining, NY 10562

Phone: 914-923-7746							Fax: 914-923-7748

October 9, 2007

Hon. Barbara S. Jones
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl St, Room 620
New York, NY 10007

Re:	Kellogg v New York State Dept. of Corrections, etal
	07 CV 2804 (BJ)(GWG)
	By facsimile to 1212 805 6191

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

Dear Judge Jones,

I represent the plaintiff in the above matter.

With the consent of the state, I am requesting additional time for my response to the state's motion to dismiss to October 25 with the understanding that the state will have to November 21 for a reply.

Thank you,

Sincerely,

*Anthony M Giordano*
Anthony M Giordano, Esq.

CC:  Maria Barous Harofilis, Esq.
By facsimile to 1212 416 6009

Application Granted.

SO ORDERED
Dated: 10/10/07

*/s/ Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.