# Anthony M. Giordano, Esq.
## Counselor at Law
## 100 Executive Blvd. Suite 205
## Ossining, NY 10562

Phone: 914-923-7746                                                Fax: 914-923-7748

November 1, 2007

Hon. Barbara S. Jones
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl St, Room 620
New York, NY 10007

Re:   Kellogg v New York State Dept. of Corrections, etal
      07 CV 2804 (BJ)(GWG)
      By facsimile to 1212 805 6191

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/1/07*

Dear Judge Jones,

I represent the plaintiff in the above matter.

With the consent of the state and due to the complexity of the issues involved, I am compelled to request further time for my response to the state's motion to dismiss to November 25 with the understanding that the state will have to December 21 for a reply.

Thank you,

Sincerely,

*Anthony M Giordano*
Anthony M Giordano, Esq.

CC:  Maria Barous Harofilis, Esq.
By facsimile to 1212 416 6009

Application Granted.

SO ORDERED
Dated:            BARBARA S. JONES
                  U.S.D.J.
                  11/1/07